## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 14-80052-CR-COHN/SELTZER(s)
**18 U.S.C. § 841(a)(1)**
**18 U.S.C. § 846**
**18 U.S.C. § 922(g)(1)**
**21 U.S.C. § 853**

**UNITED STATES OF AMERICA,**

**v.**

**JOEL VALDES, a/k/a "Tito,"**
**RICARDO RAMOS,**
**ROGELIO RAMOS, a/k/a "Roy,"**
**JAMARA TAYLOR, a/k/a "Black,"**
**CHARLES BARSKY,**
**RANDY MASON,**
**DARION VAUGHN,**
**TIMOTHY KNAPP,**
**ERIC ROCA,**
**MELVIN AQUINO, a/k/a "Merv,"**
**and**
**WILLIAM HARVEY QUINCE, Jr.,**

> FILED by _____ D.C.
>
> APR 2 4 2014
>
> STEVEN M. LARIMORE
> CLERK U.S. DIST. CT.
> S.D. OF FLA. - W.P.B.

                    **Defendants.**
_____/

### SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

From at least as early as in or around October of 2008, through on or about March

17, 2014, in Palm Beach County, in the Southern District of Florida, and elsewhere, the

defendants,

**JOEL VALDES, a/k/a "Tito,"**
**RICARDO RAMOS,**
**ROGELIO RAMOS, a/k/a "Roy,"**
**JAMARA TAYLOR, a/k/a "Black,"**

1

**CHARLES BARSKY,**
**RANDY MASON,**
**DARION VAUGHN,**
**TIMOTHY KNAPP,**
**ERIC ROCA,**
**MELVIN AQUINO, a/k/a "Merv,"**
**and**
**WILLIAM HARVEY QUINCE, Jr.,**

did knowingly and willfully combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to all defendants, the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 2

On or about September 19, 2013, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**TIMOTHY KNAPP,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine.

2

## COUNT 3

On or about February 15, 2014, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**JOEL VALDES, a/k/a "Tito,"**
**RICARDO RAMOS,**
**ROGELIO RAMOS, a/k/a "Roy,"**
**and**
**MELVIN AQUINO, a/k/a "Merv,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A), it is further alleged that this violation involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 4

On or about February 15, 2014, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**ROGELIO RAMOS, a/k/a "Roy,"**
**and**
**ERIC ROCA,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 5

On or about February 15, 2014, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**ROGELIO RAMOS, a/k/a "Roy,"**
**and**
**WILLIAM HARVEY QUINCE, Jr.,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 6

On or about February 24, 2014, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**ROGELIO RAMOS, a/k/a "Roy,"**
**and**
**JAMARA TAYLOR, a/k/a "Black,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

4

## COUNT 7

On or about March 11, 2014, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**ROGELIO RAMOS, a/k/a "Roy,"**
**CHARLES BARSKY,**
**and**
**MELVIN AQUINO, a/k/a "Merv,"**

did corruptly conceal or attempt to conceal particular objects, that is, $309,000 in United States currency, with the intent to impair its integrity and availability for use in an official proceeding, that is, the federal grand jury investigation into the offenses as set forth and charged in Counts 1 through 6 of this Superseding Indictment; in violation of Title 18, United States Code, Section 1512(c)(1).

## COUNT 8

On or about March 17, 2014, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ERIC ROCA,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

5

## COUNT 9

On or about March 17, 2014, in Palm Beach County, in the Southern District of Florida, the defendant,

**ERIC ROCA,**

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition, in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

## COUNT 10

On or about March 17, 2014, in Palm Beach County, in the Southern District of Florida, the defendant,

**RANDY MASON,**

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition, in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

## FORFEITURE ALLEGATIONS

1.   The allegations of Counts 1 through 6, and 8 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of property in which any of the defendants have an interest, pursuant to the provisions of Title 21, United States Code, Section 853(a)(1) and (2). Upon conviction of any violation of Title 21, United States Code, Sections 846 and 841, the defendants, **JOEL VALDES, a/k/a "Tito," RICARDO RAMOS, ROGELIO RAMOS,**

a/k/a "Roy," **JAMARA TAYLOR, a/k/a "Black," CHARLES BARSKY, RANDY MASON, DARION VAUGHN, TIMOTHY KNAPP, ERIC ROCA, MELVIN AQUINO, a/k/a "Merv," and WILLIAM HARVEY QUINCE, Jr.,** shall forfeit to the United States all property, real and personal, which constitutes or is derived from proceeds traceable to a violation of the afore-stated offenses, including, but not limited to, the following:

a.  Eight million dollars ($8,000,000.00) which constitutes the proceeds the defendants derived from the violations, all pursuant to Title 21, United States Code, Section 853.

b.  $29,500.00 in cash, seized on March 17, 2014, from the property located at 1410 W. Perry Street, Lantana, Florida.

c. $144,991.00 in cash, seized on March 17, 2014, from the property located at 12440 68th Street North, West Palm Beach, Florida.

d.  $309,060.00 in cash seized on March 17, 2014, from the property located at 4631 Carthage Circle North, Lake Worth, Florida.

e.  $99,900 in cash seized on or about March 21, 2014, from defendant **JOEL VALDES, a/k/a "Tito."**

f.  The property commonly known as 1410 W. Perry Street, Lantana, Florida 33462 and is more particularly described as:

> Lot 8, Block 38, Of Plat No. 7 Lantana Heights, According To The Plat Thereof As Recorded In Plat Book 25, Page108, of the Public Records Of Palm Beach County, Florida.

g.  The property commonly known as 16282 East Alan Black Boulevard, Loxahatchee, Florida 33470 and more particularly described as:

> The North 248 Feet Of The East 200 Feet Of The West 2764 Feet Of Section 24, Township 43 South, Range 40 East, Palm Beach County, Florida; Subject to An Easement For Road And Drainage Purposes To Indian Trail Water Control District Over The North 30 Feet.

> Parcel Identification Number: 00-40-43-24-00-000-3010.

7

2.   If the property described in the forfeiture section of this indictment, as a result

of any act or omission of the defendants,

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p), to seek forfeiture of any other property of the defendants up to the value of the

above forfeitable property, including, but not limited to, the following:

(1) The property commonly known as 8257 Belvedere Road, West Palm Beach,
Florida 33411 and more particularly described as:

> The East 66 feet of Tract 16, Block 2, PALM BEACH FARMS
> CO PLAT NO 3, according to the Plat thereof as recorded in
> Plat Book 2, Page 45-54 inclusive, of the Public Records of
> Palm Beach County, Florida, less the following described
> property:
> All that portion of the East 66 feet of said Tract 16 lying
> Southerly of the proposed North Right of Way line of Lake
> Worth Drainage district L-3 Canal as shown on the Right of
> Way Map of Belvedere Road recorded in Road Plat Book 4
> Pages 96-102 inclusive, of the Public Records of Palm Beach
> County, Florida.

> Parcel Identification Number: 00424324050020163

> Subject to:

> - Dedications, Easements, Reservations and Restrictions as
>   shown on the Plat recorded in Plat Book 2 Pages 45 through
>   54 of the Public Records of Palm Beach County, Florida.

> - Any and all right, title or interest of the Lake Worth Drainage

8

District, claimed, reserved, or now in use, by virtue of Chancery Order 407 recorded on June 22, 1990, in Official Record Book 6495, Page 761, and Official Record Book 6495, Page 1165 of the Public Records of Palm Beach County, Florida.

- Easement Deed granted to Lake Worth Drainage District by instrument recorded in Official Record Book 4405 Page 141 of the Public Records of Palm Beach County, Florida.

- Right of Way recorded in Official Record Book 3757 Page 1571 of the Public Records of Palm Beach County, Florida.

(2) The property commonly known as 3919 Kewanee Road, Lake Worth, Florida, and more particularly described as:

Lot 20, Block 23, PLAT NO. 2 SEMINOLE MANOR, according to the map or plat thereof as recorded in Plat Book 26, Page 21, Public Records of Palm Beach County, Florida.

All pursuant to Title 18, United States Code, Section 982, and Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
SUSAN R. OSBORNE
ASSISTANT UNITED STATES ATTORNEY

9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.   14-80052-CR-COHN/SELTZER(s) |
| vs. | |
| | **CERTIFICATE OF TRIAL ATTORNEY*** |
| JOEL VALDES, a/k/a "Tito,", et al | |
| Defendant. | |
| _____ / | **Superseding Case Information:** |

**Court Division:** (Select One)

Miami _____   Key West _____
FTL _____   WPB __X__   FTP ___

| | Yes | |
|---|---|---|
| New Defendant(s) | __X__ | |
| Number of New Defendants | | __4__ |
| Total number of counts | | __10__ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No)      __Yes__
   List language and/or dialect      Spanish (For One Defendant Only)

4. This case will take      __11-20__   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                              (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _____ | Petty | | _____ |
| II | 6 to 10 days | _____ | Minor | | |
| III | 11 to 20 days | __X__ | Misdem. | | |
| IV | 21 to 60 days | _____ | Felony | | __X__ |
| V | 61 days and over | | | | |

6. Has this case been previously filed in this District Court? (Yes or No)      __Yes__
   If yes:
   Judge:   __COHN__                          Case No.   14-80052-CR-COHN/SELTZER
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   __Yes_X__
   If yes:   Magistrate Case No.      14-8165-DLB; 14-08125-WM;14-08134-JMH
   Related Miscellaneous numbers:      _____
   Defendant(s) in federal custody as of      04/17/2014; 03/17/2014; 03/24/2014
   Defendant(s) in state custody as of      _____
   Rule 20 from the
   District of

Is this a potential death penalty case? (Yes or No) ____Yes      __X__ No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?      _____ Yes   __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?      _____ Yes   __X__ No

_Susan Osb_____

Susan Osborne
ASSISTANT UNITED STATES ATTORNEY
Florida Bar/Court No.  A5500797

*Penalty Sheet(s) attached                                              REV.9/11/07

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 14-80052-CR-COHN/SELTZER(s)

### BOND RECOMMENDATION

DEFENDANT: ERIC ROCA

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _Susan Osb_____

AUSA:   Susan Osborne

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):   DEA John Goodrich

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:** JOEL VALDES, a/k/a "Tito"

**Case No**: 14-80052-CR-COHN/SELTZER(s)

Count   #: 1

Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Sections 846 and 841(a)(1)

* **Max.Penalty**: 10 years' to life imprisonment, 5 years (up to life) supervised release, and a $10,000,000 fine

Count   #: 3

Possession with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Section 841(a)(1)

* **Max.Penalty**: 10 years' to life imprisonment, 5 years (up to life) supervised release, and a $10,000,000 fine

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:** RICARDO RAMOS

**Case No**: 14-80052-CR-COHN/SELTZER(s)

Count #: 1

Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Sections 846 and 841(a)(1)

\* **Max.Penalty**: 10 years' to life imprisonment, 5 years (up to life) supervised release, and a $10,000,000 fine

Count #: 3

Possession with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Section 841(a)(1)

\* **Max.Penalty**: 10 years' to life imprisonment, 5 years (up to life) supervised release, and a $10,000,000 fine

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:** ROGELIO RAMOS, a/k/a "Roy"

**Case No**: 14-80052-CR-COHN/SELTZER(s)

Count   #: 1

Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Sections 846 and 841(a)(1)

* **Max.Penalty**: 10 years' to life imprisonment, 5 years (up to life) supervised release, and a $10,000,000 fine

Count   #: 3

Possession with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Section 841(a)(1)

* **Max.Penalty**: 10 years' to life imprisonment, 5 years (up to life) supervised release, and a $10,000,000 fine

Counts #: 4, 5, 6

Possession with intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

* **Max.Penalty**: up to 20 years' imprisonment, 3 years (up to life) supervised release, and a $1,000,000 fine

Count #: 7

Obstruction of Justice

Title 18, United States Code, Section 1512(c)(1)

* **Max.Penalty**: up to 20 years' imprisonment, up to 5 years supervised release, and a $250,000 fine

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JAMARA TAYLOR, a/k/a "Black"

**Case No**: 14-80052-CR-COHN/SELTZER(s)

Count  #: 1

Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Sections 846 and 841(a)(1)

**\* Max.Penalty**: 10 years' to life imprisonment, 5 years (up to life) supervised release, and a $10,000,000 fine

Count #: 6

Possession with intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**: up to 20 years' imprisonment, 3 years (up to life) supervised release, and a $1,000,000 fine

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** CHARLES BARSKY

**Case No**: 14-80052-CR-COHN/SELTZER(s)

Count  #: 1

Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Sections 846 and 841(a)(1)

**\* Max.Penalty**: 10 years' to life imprisonment, 5 years (up to life) supervised release, and a $10,000,000 fine

Count #: 7

Obstruction of Justice

Title 18, United States Code, Section 1512(c)(1)

**\* Max.Penalty**: up to 20 years' imprisonment, up to 5 years supervised release, and a $250,000 fine

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** RANDY MASON

**Case No**: 14-80052-CR-COHN/SELTZER(s)

Count  #: 1

Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Sections 846 and 841(a)(1)

**\* Max.Penalty**: 10 years' to life imprisonment, 5 years (up to life) supervised release, and a $10,000,000 fine

Count  #: 10

Felon in possession of a firearm and ammunition

Title 18, United States Code, Section 922(g)(1)

**\* Max.Penalty**: 0-10 years' imprisonment, 3 years supervised release, and a $250,000 fine

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** DARION VAUGHN

**Case No**:_____

Count #: 1

Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Sections 846 and 841(a)(1)

\* **Max.Penalty**: 10 years' to life imprisonment, 5 years (up to life) supervised release, and a $10,000,000 fine

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** TIMOTHY KNAPP

**Case No**: 14-80052-CR-COHN/SELTZER(s)

Count #: 1

Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Sections 846 and 841(a)(1)

**\* Max.Penalty**: 10 years' to life imprisonment, 5 years (up to life) supervised release, and a $10,000,000 fine

Count #: 2

Possession with intent to distribute 500 grams or more cocaine

Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**: 5-40 years' imprisonment, 4 years (up to life) supervised release, and a $5,000,000 fine

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** ERIC ROCA

**Case No**: 14-80052-CR-COHN/SELTZER(s)

Count  #: 1

Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Sections 846 and 841(a)(1)

* **Max.Penalty**: 10 years' to life imprisonment, 5 years (up to life) supervised release, and a $10,000,000 fine

Count #: 4

Possession with intent to distribute 500 grams or more cocaine

Title 21, United States Code, Section 841(a)(1)

* **Max.Penalty**: 5-40 years' imprisonment, 4 years (up to life) supervised release, and a $5,000,000 fine

Count #: 8

Possession with intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

* **Max.Penalty**: up to 20 years' imprisonment, 3 years (up to life) supervised release, and a $1,000,000 fine

Count  #: 9

Felon in possession of a firearm and ammunition

Title 18, United States Code, Section 922(g)(1)

* **Max.Penalty**: 0-10 years' imprisonment, 3 years supervised release, and a $250,000 fine

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** MELVIN AQUINO, a/k/a "Merv"

**Case No**: 14-80052-CR-COHN/SELTZER(s)

Count  #: 1

Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Sections 846 and 841(a)(1)

\* **Max.Penalty**: 10 years' to life imprisonment, 5 years (up to life) supervised release, and a $10,000,000 fine

Count  #: 3

Possession with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Section 841(a)(1)

\* **Max.Penalty**: 10 years' to life imprisonment, 5 years (up to life) supervised release, and a $10,000,000 fine

Count #: 7

Obstruction of Justice

Title 18, United States Code, Section 1512(c)(1)

\* **Max.Penalty**: up to 20 years' imprisonment, up to 5 years supervised release, and a $250,000 fine

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** WILLIAM HARVEY QUINCE, Jr.

**Case No**: 14-80052-CR-COHN/SELTZER(s)

Count   #: 1

Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine

Title 21, United States Code, Sections 846 and 841(a)(1)

**\* Max.Penalty**: 10 years' to life imprisonment, 5 years (up to life) supervised release, and a $10,000,000 fine

Count #: 5

Possession with intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**: up to 20 years' imprisonment, 3 years (up to life) supervised release, and a $1,000,000 fine